LTG

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 07 2019 ★
LONG ISLAND OFFICE

19 MJ 712

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANTONIO JACOBS,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT

(18 U.S.C. § 661)

EASTERN DISTRICT OF NEW YORK, SS:

      GREG GOWRIE, being duly sworn, deposes and states that he is an Inspector with the Federal Protective Service ("FPS"), duly appointed according to law and acting as such.

      On or about August 5, 2019, within the Eastern District of New York and the territorial jurisdiction of the United States, the defendant ANTONIO JACOBS did knowingly and intentionally take and carry away, with intent to steal or purloin, personal property of another, the value of which exceeded $1,000.

      (Title 18, United States Code, Section 661)

      The source of your deponent's information and the grounds for his/her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.  I am an Inspector with the FPS and have been involved in the investigation of numerous cases involving theft of property on Federal grounds. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record.

2.  On August 5, 2019, a man was captured on video surveillance breaking into two cars in the parking lot of the Alfonse D'Amato Federal Building in Central Islip, New York, a location that is exclusive federal jurisdiction. One of the victims of the thefts reported that over $1,000 worth of items were stolen from inside his vehicle including cash, a wallet containing credit cards, phone accessories, make-up, cologne, change and other miscellaneous items.

3.  The defendant ANTONIO JACOBS was arrested at Family Court in Central Islip yesterday on unrelated charges and, based upon still photographs of the man breaking into the cars on August 5, 2019 provided to state officials by FPS, the defendant ANTONIO JACOBS was identified as the man captured on video on August 5, 2019 breaking into the cars. When the defendant JACOBS observed the still photos, he asked the state officials, "why do you have my picture?"

4.  I compared the still surveillance photos with the defendant JACOBS in person and I am confident that defendant JACOBS is the individual that broke into the vehicles on August 5, 2019, moreover, the defendant JACOBS admitted such after being advise of his Miranda warnings.

WHEREFORE, your deponent respectfully requests that the defendant ANTONIO JACOBS, be dealt with according to law.

_____
GREG GOWRIE
Inspector, FPS

Sworn to before me this
7th day of August, 2019

_____
THE HONORABLE GARY R. BROWN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK